## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEISHA MARTIN**                                                              **PLAINTIFF**

**v.**                            **CASE NO. 4:25-CV-00677-BSM**

**DOUBLE H BURGER COMPANY, LLC**                               **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of July, 2026.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE